UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUSALITO YACHT HARBOR,<br>         Plaintiff,<br>     v.<br>M/Y RISKY BUSINESS,<br>         Defendant. | Case No. 14-cv-03342-WHO<br><br>**WARRANT FOR ACTION IN REM**<br>Re: Dkt. No. 4 |

**TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA**:

**WHEREAS** a Verified Complaint has been filed in this Court in the above-entitled action against M/Y RISKY BUSINESS, a 33.5-foot, 1995 Sea Ray motor yacht, U.S. Coast Guard Official Number 1034017, and all her engines, tackle, accessories, equipment furnishings and appurtenances (the "DEFENDANT VESSEL") upon an admiralty and maritime claim asserted by PLAINTIFF in a total amount of not less than $11,158.69 (as of the date of the filing of the Verified Complaint), plus additional wharfage fees accruing through the date of arrest of the DEFENDANT VESSEL, together with interest thereon, and costs of suit herein, including attorneys' fees, and together with all other amounts which have been or are required to be disbursed by PLAINTIFF for the care, insuring, preservation, storage and mooring of DEFENDANT VESSEL, and all other advances, expenses, fees, costs and disbursements by PLAINTIFF, together with post-judgment interest at the maximum statutory rate, for the reasons and causes therein stated and praying for process of warrant for the arrest of said DEFENDANT VESSEL and her appurtenances, and that all persons with an interest in the DEFENDANT VESSEL and/or

her appurtenances be cited to answer, and that the DEFENDANT VESSEL and her appurtenances may for the causes in the said Verified Complaint be condemned and sold to pay the demands of the Plaintiff.

**YOU ARE HEREBY COMMANDED** to seize the said DEFENDANT VESSEL and her appurtenances, and to detain the same in your custody, or in the custody of an authorized Substitute Custodian, with all personal property remaining aboard (and with authority to move the DEFENDANT VESSEL at the discretion or direction of the harbor master or United States Coast Guard), until the further Order of the Court respecting the same, and to give due public notice that claims of persons entitled to possession must be filed with the District Court and served upon the attorney for plaintiff within fourteen (14) days after publication; that Answers to the Complaint must be filed and served within twenty-one (21) days after the filing of the claim, or within such additional time as may be allowed by a Judge; that in lieu of an answer, default may be noted and condemnation ordered; and that applications for intervention under Rule 24, Fed. R. Civ. P., by persons claiming maritime liens or other interests, may be untimely if not filed within the time allowed for claims to possession.

**YOU ARE FURTHER COMMANDED** to file this process in this Court with your return thereon promptly after execution thereof, and to mail a copy thereof to the attorney at whose request the execution was effected.

**IT IS SO ORDERED**.

Dated: September 8, 2014



WILLIAM H. ORRICK
United States District Judge